NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRICKO WILLIAMS,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D19-479
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed September 18, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.


PER CURIAM.

            Affirmed.


NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.